UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DOMINIQUE MCNARY,

    Plaintiff,

    v.                                                                                         Civ. No. 17-614 MCA/GJF

CORRECTIONS CORPORATION OF
AMERICA, CORIZON MEDICAL,
FNU BAINES, FNU SARACINO,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. The record reflects that a recent mailing to Plaintiff Dominique McNary was returned as undeliverable with the notation that Plaintiff has been "Discharged." ECF No. 9. It appears that Plaintiff has been released from custody or transferred without advising the Court of her new address, as required by D.N.M.LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, she will be required to show cause why her civil rights complaint should not be dismissed. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. The same is true of simple, nonburdensome local rules . . . ." (citation omitted)). Failure timely to comply with this order may result in the dismissal of this action without prejudice without further notice. *See* FED. R. CIV. P. 41(b) (providing for involuntary dismissal "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order"); *see also United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 855 (10th Cir. 2005) (noting that "dismissal is an appropriate disposition against a party who disregards court orders and fails to proceed as required by court rules").

**IT IS THEREFORE ORDERED** that, within **twenty-one (21) days** from entry of this order, Plaintiff shall notify the Clerk of the Court in writing of her current address or otherwise show cause why her civil rights complaint should not be dismissed.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE